IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**MAVERICK RECORDING COMPANY, a California
joint venture; ATLANTIC RECORDING CORPORATION,
a Delaware corporation; SONY BMG MUSIC
ENTERTAINMENT, a Delaware general partnership;
ARISTA RECORDS LLC, a Delaware limited liability
company; CAPITOL RECORDS, INC., a Delaware
corporation; and UMG RECORDINGS, INC., a
Delaware corporation** PLAINTIFFS

VS.                        CIVIL ACTION NO. 3:05CV451-WHB-AGN

**CHARLOTTE LOVE** DEFENDANT

## FINAL DECLARATORY JUDGMENT

In accordance with Rules 55 and 57 of the Federal Rules of Civil Procedure, it is hereby declared that:

Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs)("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or devise in Defendant's possession, custody, or control.

Further, in accordance with Rule 58 of the Federal Rules of Civil Procedure and in accordance with the Opinion and Order which granted Plaintiffs' Motion for Entry of Default Judgment, Plaintiffs are awarded money damages and costs totaling $6,285.00, and this case is hereby finally dismissed with prejudice.

SO ORDERED this the 14th day of August, 2006.

                                                s/ William H. Barbour, Jr.
                                                UNITED STATES DISTRICT JUDGE

tct